David M. Berger (SBN 277526)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9713
Facsimile: (510) 350-9701
dmb@classlawgroup.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| OATHER MCCLUNG, ABBY LINEBERRY, TERRY MICHAEL COOK and GREG DESSART, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADDSHOPPERS, INC., PRESIDIO BRANDS, INC., PEET'S COFFEE, INC., and JOHN DOE COMPANIES.<br><br>Defendants. | Case No. 3:23-cv-01996-VC<br><br>**STIPULATED SCHEDULE AND [PROPOSED] ORDER** |

The Court ordered the parties to file a revised joint proposed schedule which includes a class certification hearing in December with a second case management conference in January 2025.  Dkt. No. 90.  The parties propose the following schedule:

| Event | Date |
|---|---|
| Initial Disclosures | Friday, February 23, 2024 |
| Answer to the Complaint | Monday, February 26, 2024 |
| Plaintiffs' Expert Designation(s) | Friday, July 12, 2024 |
| Defendants' Rebuttal Designation(s) | Friday, August 9, 2024 |

| Plaintiffs' Class Certification & *Daubert* Motions (One brief) (35 Pages) | Thursday, September 26, 2024 |
|---|---|
| Defendants' Opposition to Class Certification, Opposition to Plaintiffs' *Daubert* Motions, & Defendants' *Daubert* Motions (One brief for Plaintiffs; one brief for each Defendant; 40 pages per brief) | Friday, November 1, 2024 |
| Plaintiffs' Reply in Support of Class Certification, Opposition to Defendants' *Daubert* Motions, Plaintiffs' Reply in Support of *Daubert* Motion (One brief for Plaintiffs; 25 pages) | Monday, November 18, 2024 |
| Defendants' Replies in Support of *Daubert* Motions (10 pages) | Thursday, December 5, 2024 |
| Class Certification & *Daubert* Hearing | Thursday, December 19, 2024 |
| Second CMC | Friday, January 10, 2025 |

Dated: January 26, 2024

Respectfully submitted,

*/s/ Kasey A. Youngentob*
**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel
J. Austin Moore
Kasey A. Youngentob

**GIBBS LAW GROUP LLP**
David M. Berger

*Attorneys for Plaintiffs and the Proposed Classes*

*/s/ Tomio B. Narita*
**WOMBLE BOND DICKINSON (US) LLP**
Tomio B. Narita
Jeffrey A. Topor

*/s/ James L. Rockney*
**REED SMITH LLP**
James L. Rockney
Gerard M. Stegmaier
Mark D. Quist
Raymond A. Cardozo
Julia Q. Peng

*Attorneys for Defendant AddShoppers, Inc.*

*/s/ Myriah Jaworski*
**CLARK HILL LLP**
Myriah Jaworski
Chirag H. Patel

*Attorneys for Defendant Presidio Brands, Inc.*
*/s/ Megan A. Suehiro*
**MORGAN, LEWIS & BOCKIUS LLP**
Joseph Duffy
Megan A. Suehiro
Alexandra M. Gonsman
Ezra D. Church

*Attorneys for Defendant Peet's Coffee, Inc.*


## FILER'S ATTESTATION

Under Civil L.R. 5-1(i)(3), regarding signatures, I, Kasey A. Youngentob, attest that concurrence in the filing of this document has been obtained.

Dated: January 26, 2024

*/s/ Kasey A. Youngentob*

1
2
3
4
5
6
                            **CASE MANAGEMENT ORDER**
7
            The above STIPULATED SCHEDULE & PROPOSED ORDER is approved as the Case
8
Management Order for this case and all parties shall comply with its provisions. [In addition, the
9
Court makes the further orders stated below:]
10
11
            **IT IS SO ORDERED**.
12
13
Dated:_____
                                _____
14
                                      Hon. Vince Chhabria
                                      United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28