David M. Berger (SBN 277526)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9713
Facsimile: (510) 350-9701
dmb@classlawgroup.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| OATHER MCCLUNG, ABBY LINEBERRY, TERRY MICHAEL COOK and GREG DESSART, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADDSHOPPERS, INC., PRESIDIO BRANDS, INC., PEET'S COFFEE, INC., and JOHN DOE COMPANIES.<br><br>Defendants. | Case No. 3:23-cv-01996-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i)** |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Oather McClung, Jr. hereby voluntarily dismisses each of his claims asserted in this action without prejudice.

Dated: February 15, 2024                    Respectfully submitted,

                                            */s/ Kasey A. Youngentob*
                                            **STUEVE SIEGEL HANSON LLP**
                                            Norman E. Siegel
                                            J. Austin Moore
                                            Kasey A. Youngentob

                                            **GIBBS LAW GROUP LLP**
                                            David M. Berger

*Attorneys for Plaintiffs and the Proposed Classes*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(A)(1)(A)
CASE NO. 3:23-cv-01996-VC          2