David M. Berger (SBN 277526)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9713
Facsimile: (510) 350-9701
dmb@classlawgroup.com

Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
Kasey Youngentob (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
(816) 714-7100 (tel.)
siegel@stuevesiegel.com
moore@stuevesiegel.com
youngentob@stuevesiegel.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBY LINEBERRY, TERRY MICHAEL COOK and GREG DESSART, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADDSHOPPERS, INC., PRESIDIO BRANDS, INC., PEET'S COFFEE, INC., and JOHN DOE COMPANIES,<br><br>Defendants. | Case No. 3:23-cv-01996-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES**<br><br>Judge: Hon. Vince Chhabria |

WHEREAS, on February 2, 2024, the Court entered the Stipulated Schedule and Order (Doc. 97);

WHEREAS, Plaintiffs' Expert Designation(s) are currently due on July 12, 2024;

WHEREAS, Defendants have focused their efforts on providing discovery for mediation;

WHEREAS, the Parties participated in a full-day mediation in Los Angeles, California on July 2, 2024;

WHEREAS, an extension of all deadlines will allow the Parties to continue settlement discussions;

WHEREAS, Plaintiffs have not received core discovery and technical documentation necessary for class certification including their expert designation(s);

WHEREAS, an extension of all deadlines will allow the Parties to complete discovery necessary for class certification;

WHEREAS, Plaintiffs and Defendants have agreed to a 90-day extension of all deadlines;

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Expert Designation(s) | Friday, July 12, 2024 | Thursday, October 10, 2024 |
| Defendants' Rebuttal Designation(s) | Friday, August 9, 2024 | Thursday, November 7, 2024 |
| Plaintiffs' Class Certification & *Daubert* Motions (One brief) (30 pages) | Thursday, September 26, 2024 | Monday, December 23, 2024 |
| Defendants' Opposition to Class Certification, Opposition to Plaintiffs' Daubert Motions, & Defendants' Daubert Motions (One brief for each Defendant; (20 pages per brief) | Friday, November 1, 2024 | Thursday, February 6, 2025 |
| Plaintiffs' Reply in Support of Class Certification, Opposition to Defendants' *Daubert* Motions, Plaintiffs' Reply in Support of *Daubert* Motion (One brief for Plaintiffs; 30 pages) | Monday, November 18, 2024 | Monday, February 24, 2025 |

| Defendants' Replies in Support of *Daubert* Motions (5 pages) | Thursday, December 5, 2024 | Wednesday, March 12, 2025 |
|---|---|---|
| Class Certification and *Daubert* Hearing | Thursday, December 19, 2024 | Thursday, March 27, 2025 |
| Second CMC | Friday, January 10, 2025 | Friday, April 18, 2025 |

WHEREAS, this is the parties first extension of time of class certification deadlines;

NOW, THEREFORE, pursuant to Local Rule 6-3, Plaintiffs and Defendants, through their respective counsel, hereby stipulate to the deadlines provided above.

**IT IS SO STIPULATED.**

Dated: July 9, 2024                                    Respectfully submitted,

/s/ Kasey A. Youngentob
**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel
J. Austin Moore
Kasey A. Youngentob

**GIBBS LAW GROUP LLP**
David M. Berger

*Attorneys for Plaintiffs and the Proposed Classes*

/s/ Tomio B. Narita
**WOMBLE BOND DICKINSON (US) LLP**
Tomio B. Narita
Jeffrey A. Topor

*Attorneys for Defendant AddShoppers, Inc.*

/s/ Myriah Jaworski
**CLARK HILL LLP**
Myriah Jaworski
Chirag H. Patel

*Attorneys for Defendant Presidio Brands, Inc.*

/s/ Megan A. Suehiro
**MORGAN, LEWIS & BOCKIUS LLP**
Joseph Duffy
Megan A. Suehiro

Alexandra M. Gonsman
Ezra D. Church

*Attorneys for Defendant Peet's Coffee, Inc.*

### **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Kasey A. Youngentob, attest that concurrence in the filing of this document has been obtained.

DATED: July 9, 2024                                    /s/ *Kasey A. Youngentob*
                                                                           Kasey A. Youngentob

### **[PROPOSED] ORDER**

Pursuant to stipulation and for good cause shown, the revised schedule is ordered as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Expert Designation(s) | Friday, July 12, 2024 | Thursday, October 10, 2024 |
| Defendants' Rebuttal Designation(s) | Friday, August 9, 2024 | Thursday, November 7, 2024 |
| Plaintiffs' Class Certification & *Daubert* Motions (One brief) (30 pages) | Thursday, September 26, 2024 | Monday, December 23, 2024 |
| Defendants' Opposition to Class Certification, Opposition to Plaintiffs' Daubert Motions, & Defendants' Daubert Motions (One brief for each Defendant; (20 pages per brief) | Friday, November 1, 2024 | Thursday, January 30, 2025 |
| Plaintiffs' Reply in Support of Class Certification, Opposition to Defendants' *Daubert* Motions, Plaintiffs' Reply in Support of *Daubert* Motion (One brief for Plaintiffs; 30 pages) | Monday, November 18, 2024 | Monday, February 16, 2025 |

| Defendants' Replies in Support of *Daubert* Motions (5 pages) | Thursday, December 5, 2024 | Wednesday, March 5, 2025 |
|---|---|---|
| Class Certification and *Daubert* Hearing | Thursday, December 19, 2024 | Thursday, March 20, 2025 |
| Second CMC | Friday, January 10, 2025 | Friday, April 11, 2025 |

**SO ORDERED**.

Dated: July 12, 2024



Hon.
United
Judge Vince Chhabria