**WOMBLE BOND DICKINSON (US) LLP**
TOMIO B. NARITA (SBN 156576)
*Tomio.Narita@wbd-us.com*
JEFFREY A. TOPOR (SBN 195545)
*Jeff.Topor@wbd-us.com*
R. TRAVIS CAMPBELL (SBN 271580)
*Travis.Campbell@wbd-us.com*
50 California Street, Suite 2750
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Defendant
ADDSHOPPERS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OATHER MCCLUNG, ABBY LINEBERRY, TERRY MICHAEL COOK and GREG DESSART, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADDSHOPPERS, INC., PRESIDIO BRANDS, INC., PEET'S COFFEE, INC., and JOHN DOE COMPANIES.<br><br>Defendants. | CASE NO. 3:23-cv-01996-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE**<br><br>Judge:  Hon. Vince Chhabria |

1  WHEREAS, on February 2, 2024, the Court entered the Stipulated Schedule and Order (ECF No. 97);

2  WHEREAS, on July 12, 2024, the Court entered the Order Extending Deadlines (ECF No. 116);

3  WHEREAS, after meeting and conferring through counsel, Plaintiffs and Defendants have agreed to modify the class certification briefing schedule to permit Defendants' rebuttal experts additional time to prepare their reports;

4  WHEREAS, extending these deadlines will not meaningfully impact the current case schedule, as the previously-set hearing on class certification and *Daubert* motions, as well as the subsequent second case management conference, will remain unchanged;

5  WHEREAS, this is the second extension of time for these deadlines, as detailed above;

6  WHEREAS, the parties previously stipulated to extensions of each Defendant's responsive pleading deadline (ECF Nos. 20, 34, 36), as well as an extension to the briefing schedule on Defendants' motions to dismiss (ECF No. 54);

7  WHEREAS, as described in the declaration of Jeffrey A. Topor, good cause exists to modify the schedule as stipulated herein;

NOW, THEREFORE, pursuant to Local Rule 6-2, Plaintiffs and Defendants, through their respective counsel, hereby stipulate to the following schedule:

| Event | Previous Deadline (ECF No. 116) | Proposed New Deadline |
| --- | --- | --- |
| Defendants' Rebuttal Designation(s) | Thursday, November 7, 2024 | Thursday, November 21, 2024 |
| Plaintiffs' Class Certification & *Daubert* Motions (One brief) (30 pages) | Monday, December 23, 2024 | Monday, January 7, 2025 |
| Defendants' Opposition to Class Certification, Opposition to Plaintiffs' Daubert Motions, & Defendants' Daubert Motions (One brief for each Defendant; (20 pages per brief) | Thursday, January 30, 2025 | Monday, February 10, 2025 |

| | | |
|---|---|---|
| Plaintiffs' Reply in Support of Class Certification, Opposition to Defendants' *Daubert* Motions, Plaintiffs' Reply in Support of *Daubert* Motion (One brief for Plaintiffs; 30 pages) | Monday, February 16, 2025<br><br>*Note: February 16, 2025, is a Sunday. Monday, February 17, 2025 is President's Day.* | Monday, February 24, 2025 |
| Defendants' Replies in Support of *Daubert* Motions (5 pages) | Wednesday, March 5, 2025 | *Unchanged* |
| Class Certification and *Daubert* Hearing | Thursday, March 20, 2025 | *Unchanged* |
| Second CMC | Friday, April 11, 2025 | *Unchanged* |

DATED November 1, 2024          /s/ Jeffrey A. Topor

**WOMBLE BOND DICKINSON (US) LLP**
Tomio B. Narita
Jeffrey A. Topor
R. Travis Campbell
*Attorneys for Defendant AddShoppers, Inc.*


          /s/ Kasey A. Youngentob

**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel
J. Austin Moore
Kasey A. Youngentob

**GIBBS LAW GROUP LLP**
David M. Berger
*Attorneys for Plaintiffs and the Proposed Classes*


          /s/ Myriah Jaworski
**CLARK HILL LLP**
Myriah Jaworski
Chirag H. Patel
*Attorneys for Defendant Presidio Brands, Inc.*

          /s/ Megan A. Suehiro
**MORGAN, LEWIS & BOCKIUS LLP**
Joseph Duffy
Megan A. Suehiro

Alexandra M. Gonsman
Ezra D. Church
*Attorneys for Defendant Peet's Coffee, Inc.*

## FILER'S ATTESTATION

Under Civil L.R. 5-1(i)(3), regarding signatures, I, Jeffrey A. Topor, attest that concurrence in the filing of this document has been obtained.

Dated: November 1, 2024

*/s/ Jeffrey A. Topor*

---

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
3:23-CV-01996-VC
3

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, and good cause appearing, the Court ORDERS the following modified schedule:

| Event | Previous Deadline (ECF No. 116) | Proposed New Deadline |
|---|---|---|
| Defendants' Rebuttal Designation(s) | Thursday, November 7, 2024 | Thursday, November 21, 2024 |
| Plaintiffs' Class Certification & *Daubert* Motions (One brief) (30 pages) | Monday, December 23, 2024 | Monday, January 7, 2025 |
| Defendants' Opposition to Class Certification, Opposition to Plaintiffs' Daubert Motions, & Defendants' Daubert Motions (One brief for each Defendant; (20 pages per brief) | Thursday, January 30, 2025 | Monday, February 10, 2025 |
| Plaintiffs' Reply in Support of Class Certification, Opposition to Defendants' *Daubert* Motions, Plaintiffs' Reply in Support of *Daubert* Motion (One brief for Plaintiffs; 30 pages) | Monday, February 16, 2025<br><br>*Note: February 16, 2025, is a Sunday. Monday, February 17, 2025 is President's Day.* | Monday, February 24, 2025 |
| Defendants' Replies in Support of *Daubert* Motions (5 pages) | Wednesday, March 5, 2025 | *Unchanged* |
| Class Certification and *Daubert* Hearing | Thursday, March 20, 2025 | *Unchanged* |
| Second CMC | Friday, April 11, 2025 | *Unchanged* |

SO ORDERED.

Dated:   November 4 , 2024

Hon. Vince Chhabria

---

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
3:23-CV-01996-VC
4