# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBY LINEBERRY, TERRY MICHAEL COOK and MIGUEL CORDERO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADDSHOPPERS, INC., and PEET'S COFFEE, INC.,<br><br>Defendants. | Case No. 3:23-cv-01996-VC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS AND RESET HEARING DATE**<br><br>Judge: Vince Chhabria |

## **[PROPOSED] ORDER**

After considering the Plaintiffs' motion for extension of time and declaration in support, and for the reasons stated in Plaintiffs' moving papers,

IT IS HEREBY ORDERED Plaintiffs' motion for an extension of time to respond to motions to dismiss and reset hearing is granted. Plaintiffs' deadline to file a consolidated opposition to Defendants' motions to dismiss is now January 16, 2025. The hearing on the motions to dismiss is continued to February 27, 2025.

Date: _____

                                                                                                     _____
The Honorable Vince Chhabria
United States District Judge