# EXHIBIT 5

# Introducing Email Retargeting® Co-op + SafeOpt® Consumer Rights Management Integrated Platform

Introducing Email Retargeting® Co-op + SafeOpt® Consumer Rights
Management Integrated Platform
Chad Ledford (/web/20200710211126/https://www.addshoppers.com/blog?
author=5298dbace4b0e9ec09bd75d1)  ·  April 18, 2018
(/web/20200710211126/https://www.addshoppers.com/blog/email-retargeting-co-op)  ·
Product Updates (/web/20200710211126/https://www.addshoppers.com/blog?
category=Product+Updates), AddShoppers News
(/web/20200710211126/https://www.addshoppers.com/blog?
category=AddShoppers+News)

EXHIBIT

1

PENGAD 800-631-6989

12/12/24 LEDFORD

Through privacy-first brand collaboration, reach engaged unauthenticated site
visitors with triggered emails for a relevant, 1:1 marketing experience. Give your
consumers the choices and peace of mind they deserve with SafeOpt
(https://web.archive.org/web/20200710211126/https://www.safeopt.com/).





AdChoices





TRUSTe ▶
Certified Privacy

Introducing Email Retargeting® Co-op + SafeOpt® Consumer Rights Management Integrated Platform

AdChoices

# Send 2x-5x more personalized triggered emails with incremental campaigns.

## The Problem

Marketers are unable to send email reliably to customers that have not provided their email previously. This means more than 95% of your web visitors cannot receive a relevant email from you.

## The Solution

Connecting the AddShoppers network of 150M+ shoppers through its Email Retargeting® Co-op, marketers are able to resolve identities and deliver 1:1 email regardless of customer email acquisition.

## How it works

Today, if 100 customers visited your website — between your ESP, CRM, and other platforms — you might be able to send a browse abandon or cart abandon email to 4-5 of those site visitors. What about the other 95 visitors? Without AddShoppers your only option is retargeting ads, which continue to get more and more expensive.

With AddShoppers, our system will attempt to match the 95 visitors in real-time against our network of 150M+ monthly profiles and 5,000+ websites. If the

visitor leaves your site without signing up for email or buying AND we find a match, AddShoppers will enable a triggered email sequence to help you win back those customers and engage them in a way you can't today.



# Browse + Product Abandon Reminders

A customer is shopping in your catalog as a guest (no sign-in required) and leaves the site without adding a product to shopping cart. Send them the products or content they were looking at directly to their inbox. This typically doubles the performance you're getting from dynamic retargeting ads.

# Active Cart Abandon Reminders

A customer is shopping on a website as a guest and leaves the cart without checking out. With our email retargeting, the marketer can send a personalized and timely communication to the consumer in a more direct medium, redirecting the consumer back to the site to complete the purchase.

https://web.archive.org/web/20200710211126/https://www.addshoppers.com/blog/email-retargeting-co-op

Introducing Email Retargeting® Co-op + SafeOpt® Consumer Rights Management Integrated Platform

# Performance Metrics Guidelines

Unique open rate: **23.8%**

Unique click through rate: **24.9%**

Conversion rate (post-click): **7.9%**

Revenue per email click: **$5.85**

Revenue per email sent: **$0.35**

Bounce rate: **3.4%**

Spam complaint rate: **0.15%**

Unsubscribe rate: **0.07%**

Schedule a demo today
(https://web.archive.org/web/20200710211126/https://go.addshoppers.com/c/cha
d-ledford) to learn more about this innovative new revenue-driving channel!

Tagged: email retargeting (/web/20200710211126/https://ww...

❤ 6 Likes

Newer Post