# EXHIBIT 6

# FAQs



Use COMMAND + F to quickly search for specific questions & answers.

# FAQs by Category

# General Questions

## What is SafeOpt?

SafeOpt is a marketing platform powered by a proprietary network of 175M + U.S. shoppers. SafeOpt campaigns enable brands to send 3-5x more behavioral messages to the shoppers who visit their online store but don't convert; helping shoppers save time and money .

## How does it work?

1. **Add our retargeting tag to your website so we can match your shoppers back to our database of 175M+ people**
2. **As shoppers engage on your website and bounce off , we'll match their cookies against our database and send to people we can.**
3. **Optional: We can suppress against your internal email list so we only send to people you can't send to today.**
4. **We will send up to 2 emails within 24 hours and there's a 7 day cool down after that. If the shopper comes back to the site on day 8 or later , we'll email them again.**

**Is this legally compliant?**

**Yes**, except for EU website visitors under GDPR and Canada under PIPEDA. European and Canadian IPs are excluded from the network by default. We are compliant with local US regulations such as the California Consumer Privacy Act (CCPA).  We don't support HIPAA.  Our TRUSTe-certified Privacy Policy can be viewed at: https://safeopt.com/privacy.

The **CAN-SPAM Ac**t doesn't require initiators of commercial email to get recipients' consent before sending them a commercial email. In other words, there is no opt -in requirement. So in general, as long as you follow the "Initiator" requirements of the Act, you can send an email until the recipient asks to opt -out.

FTC regulations have 7 key rules for sending CAN-SPAM compliant emails . For these reasons, SafeOpt will always provide an opt -in and an opt-out status with each triggered email and each email is required to follow the Initiator Guidelines. As a Client you are required to include your physical mailing address, clearly state the email is advertising, and include our unsubscribe mechanism. Once a person subscribes to your own email list, then you no longer have to mark the email as advertising.

## Where do the 175 MM+ shoppers come from?

Most shoppers join the SafeOpt network through our 2,000+ co-registration partners.  Additionally , they can join the network directly by opting in through SafeOpt owned and operated pages.

## Where do you get your email data from?

We acquire users from two primary channels.

- The first is direct [show safeopt.com] SafeOpt has its own website and if you go to it, there's an email capture form that goes into our network.
- The second is our partner network of 2,000+ websites. These are sites that we partner with ( e.g. GoFreeCredit.com) and whenever they collect an email address, they have a similar checkbox like we just saw on safeopt.com and whenever that option is selected, the user feeds into our network. Here are more examples of this: https://trends.builtwith.com/websitelist/AddShoppers
    - Sub Question: Why would publishers want to partner with you to give you their data?
        - We pay them for the data.

## What demographics are in your database?

With 175M+ US shoppers in our network, we can engage over half of all online shoppers – the demographics we reach are representative of the US population.  E.g. If 15% of the US is Male between age 30-40, ~15% of our 175M+ shoppers will be age 30-40.  Additionally , we will only message people who visit your website and don't convert so if you're sending traffic to your site within your target demographic, we have a 20-50% chance of matching those visitors to our network.

## What are the demographics of the users in your network?

- We don't have any detailed stats on the demographic segments inside our network.
- However, since it's so large it doesn't skew heavily one way or the other towards any certain gender or age group.
- The best way to look it is by the match rate. Since people are already qualified by visiting your site and showing interest, that's a much better qualifier than looking at demographics. As long as we can match a significant % of your traffic (which we can), that's all that really matters at the end of the day . We're doing retargeting, so we don't have to guess about demographics and hope we're targeting the right people.
- (Sometimes they ask about geos) It's about 85% US and the rest comes from other countries. Very little in Europe or Canada because we don't operate in those regions

## What is the level of effort to implement SafeOpt?

There are 2 steps to go live which typically take 1- 3 business days – install our javascript tags and approve the campaign.  After you sign up, our onboarding team will provide the tags and instructions you need to install on your website or tag manager . Alternatively, you can give us access to install these for you. After

AS-00216

we'll send you a test email to approve. Once you approve, we go live and the scaling process begins

## What if we are already working with a marketing partner?

We work with clients both independently and through marketing agencies. Our team can work with yours directly, or we'd be happy to collaborate with your account manager at your favorite agency. SafeOpt is meant to complement, not replace any of your current marketing efforts.

## How is this different from my internal cart and browse abandonment campaigns?

Currently, you can only send messages to people you have in your CRM or ESP. What about the 95% of people who come to your site who are not in your CRM or ESP? Those are the shoppers we can help you target. Using our network of 175M+ shoppers, we're able to send 3-5x more behavioral messages compared to your internal marketing platform. And for the people you do already know, we can give you an extra impression in their inboxes.

## How many emails do you send?

The number of emails sent to shoppers will depend on their engagement with your brand and historical engagement with our emails. Typically we send 1- 3 emails to a shopper over 5 days and we have a 7 day "cool down" period to make sure we don't overwhelm our shoppers.

**Is my customer list shared with you?**

**No.** We will not need a copy of your customers' emails unless you want to exclude those customers from receiving emails from our system. When you share this list, these customers will only be used to suppress/unsubscribe these users from getting emails when they visit your website, they will not be added to our network for targeting.

**Who sends these email campaigns and monitors deliverability statistics?**

**We do**. All campaign emails will be sent by our system via our Email Service Provider because we maintain the consent status, including opt-outs from our network. E.g. brand@safeopt.com

If you employ a DMARC policy, to ensure the best deliverability, we recommend configuring your SPF records according to this article. We automatically and manually monitor the deliverability of your campaign emails and will work with you to optimize the deliverability of your emails.

## Can you share the shoppers' information you

## ailed?

No, we can not share any personally identifiable information with other brands. This is how we keep our shopper's data private and remain compliant. We believe individuals should have access to their data and the ability to download or delete their personal information if they choose to do so.

**Do I get a copy of each email address?**

**No.** Email transfer guidelines are as follows:

- If a customer returns to the site to complete the purchase you will collect the email through standard email acquisition process
- If the customer opts-in through a popup/modal/Notifier, SafeOpt will automatically transfer email to your ESP/CRM
- SafeOpt will be able to match and append data after it has been encrypted via MD5 against your ESP/CRM

## Do I get access to campaign reporting?

Yes, we have a dashboard you can log into at any time and check on the performance of your campaigns. We also send out automated weekly and monthly reports via email so you don't even have to use the dashboard if you don't want to. Reporting includes the standard marketing metrics you'd expect: sends, opens, clicks, conversion, revenue, etc..

## Is there a way to filter out customers we already have in our CRM/ESP?

Yes, we offer a list management tool that syncs with your list of emails to suppress shoppers you don't want us to send to. We encourage all clients to use SHA-256 hashed contact data so we have a mutual key we can reference and suppress against. We also offer pre-built integrations with popular platforms like Klaviyo, Listrak, Optizmo, etc. for an additional monthly charge.

## How do I make sure people that convert don't get emailed?

When our conversion code is triggered it will send a suppression event to our system for the converted user. Our conversion code should be set up to fire on all checkout events to ensure that all users who convert get suppressed. If you are on the Plus plan or above and have suppression automation set up with your ESP, you can also add these users to the list/segment that we sync with as a secondary measure to make sure they get suppressed.

AS-00218

# Can our conversion tag work with a contact form instead of an order success page?

Yes, we can have our conversion tag trigger when a form is filled out instead of an order success page.

# What is the spam-complaint rate for SafeOpt Emails or do people often complain?

Our spam complaint rate is better than most brand's batch blast campaigns at less than 0.1%. Shoppers don't mind getting offers and reminders for products they're interested in purchasing; especially if it saves them money. If a shopper visits your online store and leaves after a few seconds, they won't get a message from us.

# Does SafeOpt target Australian traffic?

SafeOpt is primarily focused on the U.S. market. While we don't specifically target Australian traffic, there may be incidental Australian traffic for clients primarily focusing on the U.S. market. However, it's important to note that we do not take on clients who are specifically targeting the Australian market. Our aim is to align with the marketing goals of our clients while respecting regional market focuses.

# Does SafeOpt work with headless sites?

The SafeOpt widget does work with headless websites. Headless usually means the front end and the backend are separate. So they can put their frontend anywhere and just make api requests to the backend to get product info or to send user data to etc. we will work fine on a headless store we only need to be added to the frontend.

# Does SafeOpt widget work from within an iframe?

Currently the widget does not work 100% correct from within an iframe but we are working with the product team on a solution for this.

# Pricing & Attribution

## What does SafeOpt cost?

SafeOpt operates on a Cost Per Acquisition (CPA) pricing model with optional subscription upgrades for advanced capabilities. The CPA rate varies based on different business models, scale, etc.. Once your campaign is live, you pay SafeOpt for transactions generated from click-through conversions on your website during the established revenue attribution window.

## Is there a minimum time commitment or long-term contract?

Our Express and Plus plans are a month-to-month agreement and there is no minimum time commitment. We offer upgraded plans for enterprise brands to better meet their needs.

## What is your attribution model?

Our main attribution method is a click-through attribution model. If someone clicks on our messages at any point in the purchase cycle and converts within the defined attribution window – we invoice for the transaction. This alignment allows us to optimize campaigns to drive the highest conversion rates to help increase your revenue. Secondarily when you give us unique coupon codes; we may use them to attribute revenue as well. We do not charge for "view through" conversions such as an email open.

## What is your default attribution window? Can this be changed?

Our default attribution window is 30-days. To discuss options on how to change your attribution window, please schedule a demo with our team.

## Does SafeOpt integrate with other platforms?

SafeOpt runs alongside all marketing platforms and doesn't replace any of your current marketing efforts.

# Data + Privacy

## What does my Privacy Policy need to include?

Your website's privacy policy, privacy notice, and Terms of Use/ Terms and Conditions, or other consumer-facing disclosures are required to address any required disclosures pertaining to the use of third-party tools that automatically collect information about website visitors or use personal information for targeted advertising and must comply with all applicable privacy laws. Clients are also responsible for obtaining any legally required consents or authorizations from its customers.

*Please confirm your current privacy policy and/or any privacy policy changes with your legal counsel for compliance. SafeOpt® is not responsible for any alleged violations as a result of a client's disclosures or failure to make any required disclosures or obtain any legally required consents or authorizations*

## Is the user data going into the SafeOpt network de-identified?

If you're referring to suppression lists you provide to us directly, that data is hashed and not co-mingled with other client data. If you're referring to the co-op data we generate to provide the SafeOpt® identity graph services, that data is not de-identified; however other clients or brands cannot view it or target your specific identity graph data. In addition, the identity graph data used in the co-op is limited to email address, IP address, phone number, browser characteristics, cookies, and other browser or session information in local storage.

**Who has access to the data regarding visitors who visited our website in the Data Co-op?**

Only AddShoppers/SafeOpt® and our service providers – other clients do not have access to that data. In the event of a legal proceeding by or against us, request from law enforcement, or sale of our business, we reserve the right to disclose the information in those limited circumstances.

## What happens to our data if the agreement is terminated?

Suppression lists and campaign data can be deleted if our agreement together is terminated. Data used for the SafeOpt® data co-op and identity graph cannot be deleted.

## If we receive a request to delete a user's data, can SafeOpt delete that data from the system?

If you have a user who wants to have their data deleted, you can forward those users to

AS-00221

://www.safeopt.com/manage so they can claim their data, validate their identity, and have it removed our system.

## Is the data associated with our users only used for services to our company, or is it used for other clients as well?

If you're referring to your suppression list data, URLs, product name/price/image/quantity (for viewed products and cart contents), order ID, order total, order currency, and any coupon used, that data is not used for other clients or other purpose except providing our services to you. If you're referring to the co-op data used for the SafeOpt® identity graph, we use as many deterministic signals as possible to match as many shoppers as we can across our network to the benefit of all our co-op clients. No personally identifiable data is shared directly with any client, only the insights or benefits gleaned from identity graph data. In addition, no co-op data is used for purposes outside the identity graph services, which are only available to members of the co-op.

## Do you view yourself as a Service Provider with respect to our brand for purposes of CCPA or CPRA?

SafeOpt® is a "service provider" to its clients (brands) as defined by the CCPA with regard to personal information received directly from clients. For the clients that participate in the SafeOpt® data co-op, SafeOpt® is a "third party" under the CCPA. However, SafeOpt® only uses the co-op data to service members of the co-op and does not further share or sell co-op data. If your brand prefers to limit data shared from California consumers, you can select a restricted data mode option as part of our Enterprise subscription tier.

# Campaign Reporting & Metrics

## How can I monitor my campaign performance?

We send out performance report emails on a weekly and monthly basis. Additionally, you can log in to the dashboard at any time to view campaign performance. The dashboard URL is my.addshoppers.com - if you do not already have an account set up please email help@addshoppers.com to request access.

## I see an order in my Order ID report without a first send date, why is that?

We may have emailed this user on a separate email address than the email address that they used when placing the order or the email was forwarded.

## Why does your reporting show X sales, but the affiliate network shows Y?

Our reporting will track any click-through that leads to a conversion within the attribution window. Affiliate networks generally track sales using a first-click or last-click attribution model. Typically, our reporting will be higher than the network metrics due to the differences in the attribution model.

## Why are the numbers I see in Google Analytics different from what I see in the AddShoppers dashboard?

This could differ case-by-case, but the most common reason Google Analytics (GA) statistics differ from ours is that GA uses a last-click attribution model (only the last source to be clicked in the purchase cycle gets credit for the sales), and we use a click-through attribution model (if we were clicked at any point in the purchase cycle, we claim credit). If a link has multiple UTMs, GA can also strip out both UTMs and remove credit from all sources.

## How does AddShoppers integrate with Google Analytics?

We support 2 different methods of integrating with Google Analytics. The first and most common method is using an AddShoppers specific utm_source and utm_campaign in links and redirect links for email campaigns. The other way we integrate is when our widget on a site notices a click through

s or interstitial pages we push events and page views to GA via the GA javascript api. The data we can be found in Google Analytics by viewing the last click and multi touch revenue tracking within GA4. (https://drive.google.com/file/d/15KuBhhk6bRPJ-nIaAdL_FdoEYyKtgITQ /view)

## How does SafeOpt integrate with Google Tag Manager (GTM)? Is there a template?

Our widget is fully supported in Google Tag Manager . There are 2 parts to the widget, the main tracking tag and the conversion tag. The main tracking tag is simple copy and paste. The conversion tag requires some GTM variables to be inserted into the code when it is put into GTM. We are working on a template for our widget and conversion tag which should have approval from Google to go live soon.

## How are your metrics so high ( open, click, conversion rate)?

We are only emailing interested shoppers and we filter out people who are low -intent, so that keeps the engagement metrics high. Also, most campaigns are sending users a great offer , so that helps drive engagement and conversions.

## How does SafeOpt increase ROAS?

Think about it this way: when you're driving traffic to the site, that's a sunk cost. You're paying the same amount whether you get 0 conversions or 1,000,000. We help you drive more conversions from the same ad spend, generating a higher ROAS on your ad spend. For example, you might spend $10,000 in ads to drive traffic to your site:

Without our platform, you'll get X number of conversions (baseline).

With our platform, you'll get X + Y number of conversions for the same traffic cost (in other words, more than you would without it). This means the ROAS will be higher by default on your ad campaign.

## What if I end up paying twice for a certain order?

This is the reality of modern marketing (aka, multi-touch attribution). Most shoppers need to see a brand 12+ times before they'll be comfortable purchasing. Since we are helping you recover lost customers, paying twice for a conversion is better than paying once for nothing.

**Aggregated Campaign Performance Metrics**



| | | | |
|---|---|---|---|
| **25.6%** | unique open rate | **$0.46** | revenue per email sent |
| **26.5%** | unique click-through rate | **3.4%** | bounce rate |
| **9.7%** | conversion rate (post-click) | **0.15%** | spam complaint rate |
| **$6.72** | revenue per email click | **0.07%** | unsubscribe rate |

Note: in order to preserve the quality of the system, accounts that exceed .25% spam complaint rate will be automatically disabled and moved into probation.

AS-00225

AS-00227

AS-00228

AS-00229

✕                                                                                                    🔍

If you have suggestions to update this wiki, please email emily@addshoppers.com

AS-00230