# EXHIBIT 20

# BASE64
## Decode and Encode

📁 Decode
📂 Encode

🌐 Language: **English**  Español  Português  Français  Deutsch  中文  हिन्दी  Русский  한국어

Do you have to deal with **Base64** format? Then this site is perfect for you! Use our super handy online tool to encode or **decode** your data.

## Decode from Base64 format

Simply enter your data then push the decode button.

eyJicm93c2VkX3Byb2R1Y3RzIjpbeyJwcm9kdWN0X25hbWUiOiJOZXJpc3NpbW8gRXNwcmVzc28gQ2Fwc3VsZXMiLCJpbWFnZSI6Ii8vd3d3LnBlZXRzLmNvbS9jZG4vc2hvcC9wcm9kdWN0cy9ORVItRUNfMV9jYWQ1MmNhZS00MGQxLTQwYjgtOGUwYy00NDliYmNlOTllM2IucG5nIiwicHJpY2UiOiI4LjA4IiwicXVhbnRpdHkiOjEsInNrdSI6Imh0dHBzOi8vd3d3LnBlZXRzLmNvbS9wcm9kdWN0cy9uZXJpc3NpbW8tZXNwcmVzc28tY2Fwc3VsZXMifV0sInJlcGxhY2VfY2FydF9jb250ZW50cyI6ZmFsc2UsImlkc2hvcHBlciI6IjYwNDgzYzdiYmJkZGJkMjE1ODIyNDZkYyIsInNlc3Npb25faWQiOiIzNzIyMGY5Mjc5ZmI0YTAyYmUzMzliM2RjNTY0OWZhMCIsImRhdGFyZWdfZ2Rwcl9jb25zZW50ZWQiOmZhbHNlfQ==

ℹ For encoded binaries (like images, documents, etc.) use the file upload form a little further down on this page.

UTF-8 ⌄   Source character set.

☐ Decode each line separately (useful for when you have multiple entries).

⊙ Live mode OFF   Decodes in real-time as you type or paste (supports only the UTF-8 character set).

< **DECODE** >   Decodes your data into the area below.

```
{"browsed_products":[{"product_name":"Nerissimo Espresso Capsules","image":"//www.peets.com/cdn/shop/products/NER-EC_1_cad52cae-40d1-40b8-8e0c-449bbce99e3b.png","price":"8.08","quantity":1,"sku":"https://www.peets.com/products/nerissimo-espresso-capsules"}],"replace_cart_contents":false,"idshopper":"60483c7bbbddbd21582246dc","session_id":"37220f9279fb4a02be339b3dc5649fa0","datareg_gdpr_consented":false}
```

📋 Copy to clipboard

## Decode files from Base64 format

Select a file to upload and process, then you can download the decoded result.

