# EXHIBIT 27

David M. Berger (SBN 277526)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9713
Facsimile: (510) 350-9701
dmb@classlawgroup.com

Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
Kasey Youngentob (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
(816) 714-7100 (tel.)
siegel@stuevesiegel.com
moore@stuevesiegel.com
youngentob@stuevesiegel.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBY LINEBERRY, TERRY MICHAEL COOK and MIGUEL CORDERO, individually and on behalf of all  others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADDSHOPPERS, INC., and PEET'S COFFEE, INC.,<br><br>Defendants. | Case No. 3:23-cv-01996-VC<br><br>**DECLARATION OF ABBY LINEBERRY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Vince Chhabria |

## DECLARATION

I, Abby Lineberry, hereby attest:

1.      My name is Abby Lineberry. I am over eighteen years of age and have personal knowledge of the facts contained here. If called as a witness, I could testify competently thereto.

2.      I am a plaintiff in this lawsuit against AddShoppers, Inc. and Peet's Coffee, Inc. I understand that this case has been brought as a class action.

3.      As a class representative, I understand I am under a duty to protect the interests of the proposed class and subclass. I will protect the interest of the members of the classes and will work with my counsel in this matter to accomplish that goal.

4.      I am not aware of any facts or circumstances that would limit my ability to adequately represent the interests of the classes. I am not aware of any conflicts that would make my interests conflict with those of other class members.

5.      I have not been promised any compensation for bringing this case and serving as a class representative.

6.      I understand that I am a member of the proposed class because AddShoppers tracked me across almost twenty websites. During that time, AddShoppers collected my detailed browsing activity including the exact products I added to my cart and their prices. For example, my data from AddShoppers shows when I visited Dia & Co.'s website and added a Navy Olivia Cross-Back Blouse to my cart on April 10, 2022. I added this product to my cart while I was in California.

7.      I understand that I am a member of the proposed subclass because I am a resident of California.

8.      I have and will continue to take actions necessary to protect the interests of the class and subclass. I have retained competent lawyers who have experience in class action litigation. I have discussed this case with my lawyers on numerous occasions. Additionally, I produced documents responsive to Defendants' discovery requests, answered interrogatories, and was deposed. I am familiar with the factual and legal allegations asserts in this case and have been apprised of ongoing case developments. I will continue to stay up to date on matters pertaining to this litigation through my attorneys.

9.      I am aware that there are expenses involved in this matter and have arranged with my attorneys for those expenses to be paid by my attorneys. I understand my attorneys will seek reimbursement of those expenses if a recovery is obtained.

10.     I will make myself available to appear at trial for this case.


I declare under penalty of perjury the foregoing is true and correct.

Dated: January 6, 2025                    Abby Lineberry (Jan 6, 2025 15:26 PST)

                                          Abby Lineberry

3