# EXHIBIT 28

David M. Berger (SBN 277526)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9713
Facsimile: (510) 350-9701
dmb@classlawgroup.com

Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
Kasey Youngentob (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
(816) 714-7100 (tel.)
siegel@stuevesiegel.com
moore@stuevesiegel.com
youngentob@stuevesiegel.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBY LINEBERRY, TERRY MICHAEL COOK and MIGUEL CORDERO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADDSHOPPERS, INC., and PEET'S COFFEE, INC.,<br><br>Defendants. | Case No. 3:23-cv-01996-VC<br><br>**DECLARATION OF TERRY MICHAEL COOK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Vince Chhabria |

## **DECLARATION**

I, Terry Michael Cook, hereby attest:

1. My name is Terry Michael Cook. I am over eighteen years of age and have personal knowledge of the facts contained here. If called as a witness, I could testify competently thereto.

2. I am a plaintiff in this lawsuit against AddShoppers, Inc. and Peet's Coffee, Inc. I understand that this case has been brought as a class action.

3. As a class representative, I understand I am under a duty to protect the interests of the proposed class. I will protect the interest of the members of the classes and will work with my counsel in this matter to accomplish that goal.

4. I am not aware of any facts or circumstances that would limit my ability to adequately represent the interests of the classes. I am not aware of any conflicts that would make my interests conflict with those of other class members.

5. I have not been promised any compensation for bringing this case and serving as a class representative.

6. I understand that I am a member of the proposed class because AddShoppers tracked me across at least twenty websites. During that time, AddShoppers collected my detailed browsing activity including the exact products I added to my cart and their prices. For example, my data from AddShoppers shows when I visited Peet's website and added certain coffee products to my cart and their prices.

7. I have and will continue to take actions necessary to protect the interests of the class and subclass. I have retained competent lawyers who have experience in class action litigation. I have discussed this case with my lawyers on numerous occasions. Additionally, I produced documents responsive to Defendants' discovery requests, answered interrogatories, and was

deposed. I am familiar with the factual and legal allegations asserts in this case and have been apprised of ongoing case developments. I will continue to stay up to date on matters pertaining to this litigation through my attorneys.

8.  I am aware that there are expenses involved in this matter and have arranged with my attorneys for those expenses to be paid by my attorneys. I understand my attorneys will seek reimbursement of those expenses if a recovery is obtained.

9.  I will make myself available to appear at trial for this case.

I declare under penalty of perjury the foregoing is true and correct.

Dated: January 6, 2025

*Terry Michael Cook*
Terry Michael Cook (Jan 6, 2025 20:08 EST)

Terry Michael Cook

3