# EXHIBIT A

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBY LINEBERRY and MIGUEL CORDERO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADDSHOPPERS, INC., and PEET'S COFFEE, INC.,<br><br>Defendants. | Case No. 3:23-cv-01996-VC<br><br>**[PROPOSED] VERDICT FORM** |

We, the jury in the above-entitled action, find as follows:

1. Did AddShoppers willfully collect, capture, or otherwise obtain the contents of Plaintiffs' and the Class's communications while those communications were being sent or received in California?[1]

   Yes_____   No_____

   If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No" to Question 1, your deliberations are concluded.

2. Did AddShoppers obtain Plaintiffs' and the Class's consent before collecting, capturing, or otherwise obtaining their communications?[2]

   Yes_____   No_____

---

[1] *See Bultemeyer*, Question 3; *Ramirez*, Questions 1-3.
[2] *See Bultemeyer*, Question 2.

If you answered "No" to Question 2, please proceed to Question 3. If you answered "Yes" to Question 2, your deliberations are concluded.

3. Did Peet's Coffee knowingly provide substantial assistance and encouragement to AddShoppers in collecting, capturing, or otherwise obtaining Plaintiff Cordero's and the Class's communications on the Peet's Coffee website?

Yes_____     No_____

If you answered "Yes" to Question 3, please proceed to Question 4. If you answered "No" to Question 3, proceed to Question 5.

4. Did Peet's Coffee obtain Plaintiff Cordero and the Class's consent through the Peet's Coffee website before AddShoppers collected, captured, or otherwise obtained their communications?

Yes_____     No_____

Please proceed to Question 5.

5. Before April 24, 2022, did Plaintiffs or the Class discover AddShoppers collected, captured, or otherwise obtained their communications?

Yes_____     No_____

If you answered "No" to Question 5, please proceed to Question 6. If you answered "Yes" to Question 5, your deliberations are concluded.

3

6. Before April 24, 2022, could Plaintiffs or the Class discover, using reasonable diligence, AddShoppers collected, captured, or otherwise obtained their communications?[3]

Yes_____    No_____

Your deliberation are now complete. Please have the presiding juror date and sign this form and tell the Court that you have reached a verdict.

Date this _____ day of _____, 2025.

_____
Presiding Juror

---

[3] *See Siqueiros*, Question 2.