David M. Berger (SBN 277526)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9713
dmb@classlawgroup.com

Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
Kasey A. Youngentob (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com
youngentob@stuevesiegel.com

*ATTORNEYS FOR PLAINTIFFS*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBY LINEBERRY and MIGUEL CORDERO, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>     vs.<br><br>ADDSHOPPERS, INC., and PEET'S COFFEE, INC.,<br><br>                     Defendants. | Case No. 3:23-cv-01996-VC<br><br>**DECLARATION OF KASEY A. YOUNGENTOB IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF ON ORDER RE MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Vince Chhabria |

I, Kasey A. Youngentob, declare as follows:

1.   I, Kasey A. Youngentob, am an attorney in good standing admitted *pro hac vice* before the Court for this case. I am an attorney at Stueve Siegel Hanson LLP and counsel for Plaintiffs in this case. I make this declaration based on my personal knowledge in support of Plaintiffs' Supplemental Brief on Order re Motion for Class Certification in this case. If called upon to do so, I will testify competently to the facts set forth below.

2.   I certify that the following Table of Exhibits lists true and correct copies of all exhibits attached to this Declaration in support of Plaintiffs' Supplemental Brief on Order re Motion for Class Certification.

**TABLE OF EXHIBITS**

| Exhibit # | Description |
|---|---|
| 49 | Transcript March 21, 2025 Evidentiary Hearing |
| 50 | Transcript March 25, 2025 Evidentiary Hearing |
| 51 | Medterra Email (PLTF00000001) |
| 52 | AddShoppers' responses to Plaintiffs' second interrogatories |

Dated: April 18, 2025                              By:   */s/ Kasey A. Youngentob*