1  David M. Berger (SBN 277526)
   **GIBBS MURA LLP**
2  1111 Broadway, Suite 2100
   Oakland, California 94607
3  Telephone: (510) 350-9713
4  Facsimile: (510) 350-9701
   dmb@classlawgroup.com
5

6

7
                    **UNITED STATES DISTRICT COURT**
8                   **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN JOSE DIVISION**
9

10

11  ABBY LINEBERRY and MIGUEL CORDERO, | Case No. 3:23-cv-01996-VC
    individually and on behalf of all others similarly |
12  situated,                          | **NOTICE OF CHANGE OF FIRM NAME**
                                       |
13              Plaintiff,             | Judge: Hon. Vince Chhabria

14       v.

15  ADDSHOPPERS, INC., PRESIDIO BRANDS,
    INC., PEET'S COFFEE, INC., and JOHN DOE
16  COMPANIES.

17       Defendants.
18

19

20

21

22

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** effective immediately, Gibbs Law Group LLP, counsel for Plaintiffs in this matter, has changed its firm name to Gibbs Mura LLP. The mailing address, telephone, fax, and e-mail addresses remain the same.

Counsel respectfully requests that all notices, orders, pleadings, letters, and all other communications hereafter reflect this change.

April 23, 2025                                             Respectfully submitted,

By:  /s/ *David Berger*

David M. Berger (SBN 277526)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9713
Facsimile: (510) 350-9701
dmb@classlawgroup.com

*Attorney for Plaintiffs and the Proposed Classes*