**WOMBLE BOND DICKINSON (US) LLP**
TOMIO B. NARITA (SBN 156576)
*Tomio.Narita@wbd-us.com*
JEFFREY A. TOPOR (SBN 195545)
*Jeff.Topor@wbd-us.com*
R. TRAVIS CAMPBELL (SBN 271580)
*Travis.Campbell@wbd-us.com*
SAMUEL R. MELAMED (SBN 301303)
*Samuel.Melamed@wbd-us.com*
MICHELLE F. CATAPANG (SBN 308038)
*Michelle.Catapang@wbd-us.com*
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

**BRANN & ISAACSON**
DAVID W. BERTONI (admitted *pro hac vice*)
*dbertoni@brannlaw.com*
113 Lisbon Street
Lewiston, ME 04243-3070
Telephone: (207) 786-9325
Facsimile: (207) 783-9325

Attorneys for Defendant
ADDSHOPPERS, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBY LINEBERRY and MIGUEL CORDERO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADDSHOPPERS, INC. and PEET'S COFFEE, INC.,<br><br>Defendants. | CASE NO.: 3:23-cv-01996-VC<br><br>**[PROPOSED] ORDER RE: ADDSHOPPERS, INC.'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKT NOS. 148, 179, 209]** |

The Court, having reviewed Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Sealed (Dkt. Nos. 148, 179, 209) and Defendant AddShoppers, Inc.'s ("AddShoppers") responses thereto, and finding good cause, ORDERS as follows:

1. AddShoppers' request to redact the pricing terms in Exhibit 13 (Dkt. No. 148-11, at AS_00508) and Exhibit 16 (Dkt. No. 148-14, at PEETS_000170, 000175, and 000179) to the Youngentob Declaration in support of Plaintiffs' Motion for Class Certification is <u>granted</u>.

2. AddShoppers is ordered to file redacted versions of these filings within 14 days of the date of this Order.

3. AddShoppers' request that the uncited portions of deposition transcripts that were attached to the Youngentob Declarations in support of Plaintiffs' Motion for Class Certification and Reply (Dkt. Nos. 148-3, 148-4, 148-5, 148-9, 148-12, 148-13, and 179-6) remain provisionally under seal is <u>granted</u>.

4. AddShoppers is ordered to prepare and file these deposition transcripts with only the cited testimony within 14 days of the date of this Order.

5. AddShoppers' request that the uncited interrogatory responses filed with Plaintiffs' Supplemental Brief on Order re Motion for Class Certification (Dkt. No. 209-3) remain provisionally under seal is <u>granted</u>.

6. AddShoppers is ordered to prepare and file the interrogatory responses with the uncited responses redacted within 14 days of the date of this Order.

***ALTERNATIVELY,***

1. AddShoppers' request that the uncited portions of deposition transcripts that were attached to the Youngentob Declarations in support of Plaintiffs' Motion for Class Certification (Doc. Nos. 148-3, 148-4, 148-5, 148-9, 148-12, 148-13, and 179-6) remain provisionally under seal is <u>denied without prejudice</u>.

2. AddShoppers may, within 14 days of the date of this Order, file another response to Plaintiffs' Administrative Motions to identify testimony in the uncited portions of the deposition transcripts that they argue should be redacted.

3. The deposition transcripts shall remain under seal until further Order of the Court.

SO ORDERED.

Dated: _____

_____
Hon. Vince Chhabria
United States District Judge