David M. Berger (SBN 277526)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9713
Facsimile: (510) 350-9701
dmb@classlawgroup.com

Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
Kasey Youngentob (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
(816) 714-7100 (tel.)
siegel@stuevesiegel.com
moore@stuevesiegel.com
youngentob@stuevesiegel.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABBY LINEBERRY and MIGUEL CORDERO, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>  vs.<br><br>ADDSHOPPERS, INC., and PEET'S COFFEE, INC,<br><br>          Defendants. | Case No. 3:23-cv-01996-VC<br><br>**JOINT STIPULATION OF DISMISSAL AGAINST ADDSHOPPERS, INC.**<br><br>Judge: Hon. Vince Chhabria |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that Plaintiffs Abby Lineberry and Miguel Cordero's claims against AddShoppers, Inc. are dismissed with prejudice. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

Dated: June 18, 2025         Respectfully submitted,

*/s/ Kasey A. Youngentob*
**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel
J. Austin Moore
Kasey A. Youngentob

**GIBBS LAW GROUP LLP**
David M. Berger

*Attorneys for Plaintiffs and the Proposed Classes*

*/s/ Tomio B. Narita*
**WOMBLE BOND DICKINSON (US) LLP**
Tomio B. Narita
Jeffrey A. Topor

*Attorneys for Defendant AddShoppers, Inc.*

## FILER'S ATTESTATION

Under Civil L.R. 5-1(i)(3), regarding signatures, I, Kasey A. Youngentob, attest that concurrence in the filing of this document has been obtained.

DATED: June 18, 2025         */s/ Kasey A. Youngentob*
                             Kasey A. Youngentob