UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBY LINEBERRY and MIGUEL CORDERO, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>ADDSHOPPERS, INC. and PEET'S COFFEE, INC.,<br><br>        Defendants. | Case No. 3:23-cv-01996-VC<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>Judge:   Hon. Vince Chhabria<br>Ctrm:   4 – 17th Floor |

The Court, having dismissed Defendant Peet's Coffee, Inc. ("Defendant") from this case in its Order Dismissing Case in Part and Otherwise Denying Motion for Class Certification, dated May 29, 2025 (Dkt. 213), now enters judgment in favor of Defendant and against Plaintiffs. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  June 23, 2025

By: _____
The Honorable Vince Chhabria
United States District Judge